UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 09-487 (PGS) |
| DERRICK JOHNSON | : | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Zach Intrater, Assistant U.S. Attorney), and defendant Derrick Johnson (by Lisa van Hoeck, Esq., Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 1 day of October, 2009,

ORDERED that this action be, and it hereby is, continued for a period of 60 days from October 12, 2009; and it is further

ORDERED that the period from October 12, 2009, through and including December 12, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
Hon. Peter G. Sheridan
United States District Judge

Form and entry
consented to:

/s/ Zach Intrater
_____
Zach Intrater
Assistant U.S. Attorney


/s/ Lisa Van Hoeck
_____
Lisa van Hoeck, AFPD
Counsel for defendant Derrick Johnson